IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT


JAMES RAY BOOTH,

   Appellant,

               Case No.  5D22-1394
v.               LT Case No. 2006-CF-002030-A


STATE OF FLORIDA,

   Appellee.

_____/

Opinion filed August 12, 2022

3.800 Appeal from the Circuit Court
for Hernando County,
Daniel B. Merritt, Jr., Judge.

James Ray Booth, Daytona Beach,
pro se.

No Appearance for Appellee.


PER CURIAM.

   This Court previously affirmed the trial court's order denying Appellant's motion for postconviction relief in Hernando County Circuit Court Case Number 2006-CF-002030-A.  Because it appears that Appellant's postconviction filings are abusive, repetitive, malicious, or frivolous,

Appellant is cautioned that any further similarly inappropriate pro se filings in this Court asserting claims stemming from Hernando County Circuit Court Case Number 2006-CF-002030-A may result in sanctions such as a bar on pro se filing in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2020); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

APPELLANT CAUTIONED.

WALLIS, EDWARDS and HARRIS, JJ., concur.